IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

TIMOTHY JOYNES,                )
                               )
        Plaintiff,             )
                               )
    v.                         )   Civ. No. 05-332-GMS
                               )
VINCENT P. MECONI ET AL.,      )
                               )
        Defendants.            )

ORDER

At Wilmington this 26th day of Sept., 2005, the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's annual income of $36,000.

2. The plaintiff shall pay the $250 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

United States District Judge

FILED

SEP 26 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE