IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY N. JOYNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-CV332 GMS |
| | ) |
| VINCENT P. MACCONI; | ) |
| CHARLES E. HAYWARD; | ) |
| MARTHA SACKOVICH; | ) |
| MARY ANN HERLIHY; | ) |
| JAY H. CONNER; | ) |
| CHRISTOPHER SPIZZIRRI; | ) |
| STEPHANIE FITZGERALD; | ) |
| FAMILY COURT OF THE STATE OF DE; | ) |
| DELAWARE DEPARTMENT OF | ) |
|   HEALTH AND SOCIAL SERVICES; | ) |
| STATE OF DELAWARE DIVISION OF | ) |
|   CHILD SUPPORT ENFORCEMENT; | ) |
| STATE OF DELAWARE DEPARTMENT | ) |
|   OF JUSTICE; | ) |
| STATE OF DELAWARE JUDICIARY; | ) |
| STATE OF DELAWARE; | ) |
| VINCENT J. POPPITI; | ) |
| PATRICIA BLEVINS; | ) |
| ROBERT J. VALIHURA; | ) |
| PETER S. FELICEANGELI: | ) |
| ANDREW HAMAN; | ) |
| JOELLE HITCH; | ) |
| ANDREW T. HORSEY; | ) |
| JANINE HOWARD; | ) |
| ALISA MAWSON; | ) |
| ELLEN MEYER; | ) |
| ANDREW K. SOUTHMAYD; | ) |
| MONA STEELE; | ) |
| BARBARA E. CORROZI; | ) |
| RUTH ANN MINNER; | ) |
| DENISE LEWIS; and | ) |
| CHRISTINE K. DEMSEY | ) |

**ANSWER OF DENISE LEWIS TO PLAINTIFF'S COMPLAINT**

1 - 267. Defendant, Denise Lewis, lacks sufficient information to admit or deny averments in Petitioner's Complaint.

## MOTION TO ENLARGE ORIGINAL COMPLAINT
## TO INCLUDE A CONSTITUTIONAL CHALLENGE

1 - 69.  Defendant, Denise Lewis, lacks sufficient information to admit or deny averments in Petitioner's Complaint.

WHEREFORE, it is respectfully requested that Petitioner's Complaint be dismissed.

*Denise Lewis*
Denise Lewis,
Defendant

SWORN TO AND SUBSCRIBED before me, this 14th day of December, 2005.

_____
Notary Public

VICTORIA A. WILLIAMS-HOLDEN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Jan. 12, 2008

AFFIDAVIT OF SERVICE

STATE OF DELAWARE )
) SS:
NEW CASTLE COUNTY )

BE IT REMEMBERED that on this day personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, Denise Lewis, did affirm that on this day she did personally place in the U.S. Mail, postage prepaid, a copy of the foregoing Answer to Plaintiff's Complaint to:

Timothy N. Joynes
55 W. Chestnut Hill Road, Apt. 5
Newark, DE 19713

State of Delaware
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

_Denise Lewis_
Denise Lewis

SWORN TO AND SUBSCRIBED before me, this 14th day of December, 2005.

_____
Notary Public

VICTORIA A. WILLIAMS-HOLDEN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Jan. 12, 2008